# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201700333

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## JOHN L. CLOSNA
Lance Corporal (E-3), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander S.E. Johnson, JAGC, USN.
Convening Authority: Commanding General, 3d Marine Division, Okinawa, Japan.
Staff Judge Advocate's Recommendation: Major A.J. Workman, USMC.
For Appellant: Commander Richard E.N. Federico, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 12 March 2018

———————————————

Before HUTCHISON, SAYEGH, and HINES, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court